# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS DAVID RUIZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED VAN LINES, a Delaware corporation; SIRVA, INC., a Delaware corporation: DOE DRIVER I, individually and as an employee and/or agent of ROE OWNER I; ROE BUSINESS ENTITY I, a business entity of unknown form; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-cv-01185-ART-MDC<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS ALLIED VAN LINES AND SIRVA, INC WITH PREJUDICE |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Luis David Ruiz, and Defendants, Allied Van Lines and SIRVA, Inc, by and through their respective attorneys of

...

...

...

1

record, that Defendants Allied Van Lines and SIRVA, Inc be dismissed with prejudice, each party to bear their own costs and fees.

DATED this 20th day of March, 2024.

THORNDAL ARMSTRONG, P.C.

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
*Attorney for Defendants*

DATED this \_\_\_ day of March, 2024.

ERIC ROY LAW FIRM

By:_____
Scott E. Philippus, ESQ.
Nevada State Bar No. 013223
703 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
2

record, that Defendants Allied Van Lines and SIRVA, Inc be dismissed with prejudice, each party to bear their own costs and fees.

DATED this ___ day of March, 2024.

THORNDAL ARMSTRONG, P.C.

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
*Attorney for Defendants*

DATED this 22nd day of March, 2024.

ERIC ROY LAW FIRM

By:_____
Scott E. Philippus, ESQ.
Nevada State Bar No. 013223
703 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**Order**

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: March 26, 2024

2